UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

KELLIE R. DYSART,

        Defendant.

CR99-71-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Kellie R. Dysart's motion/request re financial situation, docket no. 63, is DENIED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to mail a copy via First Class U.S. Mail to Kellie R. Dysart, 1121 180th St. E., Spanaway, WA 98387.

Dated this 24th day of August, 2017.

                      William M. McCool
                      Clerk

                      s/Karen Dews
                      Deputy Clerk

MINUTE ORDER - 1